

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Legacy Bank,

\* From the 161st District Court
of Ector County,
Trial Court No. B-134,780.

Vs. No. 11-16-00356-CV

\* December 31, 2018

Fab Tech Drilling Equipment, Inc. and
Impulse Electric, Ltd.,

\* Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.;
Willson, J; and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's judgment awarding the interpleaded funds to Fab Tech Drilling Equipment, Inc. and Impulse Electric, Ltd., and we render judgment that the funds in the amount of $1,661,399.45 are awarded to Legacy Bank. We also reverse the portion of the judgment awarding attorney's fees to Fab Tech Drilling Equipment, Inc. and Impulse Electric, Ltd., and we remand the issue of attorney's fees to the trial court for its reconsideration. The costs incurred by reason of this appeal are taxed against Fab Tech Drilling Equipment, Inc. and Impulse Electric, Ltd.